

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2019

No. 04-19-00657-CV

**IN RE CCRE, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Relator filed an unopposed motion to dismiss its petition for writ of mandamus because relator obtained the relief sought and this original proceeding is now moot. We grant the motion and dismiss the petition for writ of mandamus.

It is so **ORDERED** on November 13, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1660, styled *CCRE, LLC v. Carol A. Johnson and Alice M. Johnson*, pending in the County Court, Gillespie County, Texas, the Honorable Mark Stroeher presiding.